UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW TAYLOR and REY MORELL, individually and on behalf of all others similarly situated,

          *Plaintiffs*,

   v.

THE CITY OF YONKERS, *et al.*,

          *Defendants*.

No. 25-CV-5861 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, District Judge:

    The Court adopts the following briefing schedule: Defendants are directed to file their Motion to Dismiss by November 24, 2025. Plaintiffs' response is due by December 19, 2025. Defendants' reply is due by January 9, 2026.

    The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    October 17, 2025
               White Plains, New York

                                                           KENNETH M. KARAS
                                                           UNITED STATES DISTRICT JUDGE