UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TAYLOR and REY MORELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF YONKERS, TRANSIT AUTO TOWING INC., MICHAEL SPANO, individually, ANTHONY LANDI, individually, STEVEN LEVY, individually, CHRISTOPHER SAPIENZA, individually, and JOHN DOES 1-5,<br><br>Defendants. | Hon. Kenneth M. Karas<br><br>Case No. 25-CV-5861 (KMK)<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**ORAL ARGUMENT WILL BE ON A DATE AND AT A TIME DESIGNATED BY THE COURT** |

**PLEASE TAKE NOTICE** that, upon the Declaration of Darius P. Chafizadeh, Esq., dated November 24, 2025; the Exhibit annexed thereto; the accompanying Memorandum of Law, dated November 24, 2025; and all prior pleadings and proceedings had herein, Defendants, The City of Yonkers ("Yonkers"), Michael Spano, Anthony Landi, Steven Levy and Christopher Sapienza (collectively, the "Individual Defendants" and, together with Yonkers, the "Municipal Defendants"), will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the United States District Court – Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4150, at a date and time to be determined by the Court,

(i) for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting the Municipal Defendants' motion to dismiss Plaintiffs' claims against the Individual Defendants under 42 U.S.C. § 1983 and § 1988 for:

    (a) deprivation of property by unreasonable seizure (Count I);

    (b) deprivation of property without due process of law (Count II); and

    (c) taking of property without just compensation (Count III).

(ii) for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Procedure granting the Municipal Defendants' motion to dismiss Plaintiff Morell's claims against the Municipal Defendants under 42 U.S.C. § 1983 and § 1988 for:

    (a) deprivation of property by unreasonable seizure (Count I);

    (b) deprivation of property without due process of law (Count II); and

    (c) taking of property without just compensation (Count III).

(iii) an order granting such other and further relief as the Court deems to be just and proper.

**PLEASE TAKE FURTHER NOTICE** that, briefing shall be pursuant to the Court's Order dated October 17, 2025 and the Defendant intends to serve and file a reply.

Dated: White Plains, New York
       November 24, 2025

                              Respectfully submitted,

                              **HARRIS BEACH MURTHA CULLINA PLLC**
                              *Attorneys for Defendants City of Yonkers, Michael Spano, Anthony Landi, Steven Levy and Christopher Sapienza*

                              By: */s/ Darius P. Chafizadeh*
                                  Darius P. Chafizadeh, Esq
                                  445 Hamilton Avenue, Suite 1206
                                  White Plains, New York 10601
                                  (914) 683-1200
                                  dchafizadeh@harrisbeachmurtha.com

TO:    **NORRIS MCLAUGHLIN, P.A.**
          Nicholas A. Duston, Esq.
          *Attorneys for Plaintiff*
          7 Times Square, 21st Floor
          New York, New York 10036
          (908) 722-0700
          naduston@norris-law.com

**THE LAW OFFICE OF JAMES MONETLEON, PLLC**
James R. Monteleon, Esq.
*Attorneys for Defendant Transit Auto Towing Inc.*
445 Hamilton Avenue, Suite 605
White Plains, New York 10601
(914) 600-1777
james@jrm.legal