UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TAYLOR and REY MORELL, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF YONKERS, TRANSIT AUTO TOWING INC., MICHAEL SPANO, individually, ANTHONY LANDI, individually, STEVEN LEVY, individually, CHRISTOPHER SAPIENZA, individually, and JOHN DOES 1-5,<br><br>Defendants. | Hon. Kenneth M. Karas<br><br>Case No. 25-CV-5861 (KMK)<br><br>**DECLARATION IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |

**DARIUS P. CHAFIZADEH**, being an attorney duly admitted to practice before the United Stated District Court for the Southern District of New York, hereby affirms, pursuant to 28 U.S.C. § 1746, the truth of the following under penalties of perjury that the foregoing is true and accurate to the best of my knowledge, as follows:

1. I am a partner of the law firm Harris Beach Murtha Cullina PLLC, attorneys for the defendants, City of Yonkers ("Yonkers"), Michael Spano, Anthon Landi, Steven Levy and Christopher Sapienza (collectively, the "Individual Defendants" and, together with Yonkers, the "Municipal Defendants") in the above-captioned action. I respectfully submit this Declaration in support of the Municipal Defendants' motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss (i) Matthew Taylor ("Taylor") and Rey Morell's ("Morell" and together with Tayor, the Plaintiffs) claims against the Individual Defendants and (ii) Plaintiff Morell's claims against the Municipal Defendants.

    2.      Submitted herewith as Exhibit A is Plaintiffs' Complaint, ECF Docket No. 1.

    3.      Submitted herewith as Exhibit B are five (5) unpublished opinions for the Court's convenience.

WHEREFORE, I respectfully request that the Municipal Defendants' motion to dismiss (i) Plaintiffs' claims against the Individual Defendants under 42 U.S.C. § 1983 and § 1988 of (1) deprivation of property by unreasonable seizure; (2) deprivation of property without due process; and; and (3) taking of property without just compensation and (ii) Plaintiff Morell's claims against the Municipal Defendants under 42 U.S.C. § 1983 and § 1988 of (1) deprivation of property by unreasonable seizure; (2) deprivation of property without due process; and (3) taking of property without just compensation, (iii) that Plaintiffs' complaint be dismissed with prejudice, and the Court grant such further and other relief as it deems just and proper.

Affirmed:    White Plains, New York
                 November 24, 2025

                                                                  */s/ Darius P. Chafizadeh*
                                                                   Darius P. Chafizadeh, Esq.