```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MATTHEW TAYLOR and REY MORELL,
individually and on behalf of all others         NOTICE OF MOTION
similarly situated,                                TO DISMISS
              Plaintiffs,

v.
                                                 Index No:
THE CITY OF YONKERS; TRANSIT AUTO TOWING,        25-cv-05861(KMK)
INC.; MICHAEL SPANO; ANTHONY LANDI;              Hon. Kenneth M. Karas
STEVEN LEVY; CHRISTOPHER SAPIENZA; and
JOHN DOES 1-5,
              Defendants.
----------------------------------------X
```

**PLEASE TAKE NOTICE** that, upon the Declaration of JAMES ROCCO MONTELEON, ESQ., dated November 24, 2025, exhibits attached thereto, and the Memorandum of Law, dated November 24, 2025; and all prior pleadings and proceedings had herein, Defendant, Transit Auto Towing, Inc., will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the United States District Court – Southern District of New York, 300 Quarropas Street, White Plains, NY 10601-4150, at a date and time to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6) granting the Defendant Transit Auto Towing, Inc.'s (i) motion to dismiss claims asserted by Plaintiff Rey Morell: Count I: Violation of Civil Rights Pursuant to Title 42 U.S.C. §1983 - Deprivation of Property by Unreasonable Seizure; Count II: Violation of Civil Rights Pursuant to Title 42 U.S.C. §1983 - Deprivation of Property

Without Due Process of Law; Count III: Violation of Civil Rights Pursuant to Title 42 U.S.C. §1983 - Taking of Property Without Just Compensation; Count IV: Conversion and (ii) granting such other and further relief as the Court deems to be just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be filed and served on or before December 19, 2025.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be filed and served on or before January 9, 2026.

**PLEASE TAKE FURTHER NOTICE** that Defendant Transit Auto Towing Inc., demands oral argument on the instant motion on a date and time set by Court.

Dated: White Plains, New York
      November 24, 2025

        Respectfully submitted,

        LAW OFFICE OF JAMES ROCCO MONTELEON, PLLC

        *James Rocco Monteleon*
By:
_____
JAMES ROCCO MONTELEON, ESQ.
Attorney for Defendant Transit Auto Towing
445 Hamilton Avenue, Ste. 605
White Plains, NY 10601
Phone: 914-600-1777
Email: james@jrm.legal

To:

**HARRIS BEACH MURTHA CULLINA PLLC**
Darius P. Chafizadeh, Esq
Attorneys for Defendants City of Yonkers,
Michael Spano, Anthony Landi, Steven Levy
and Christopher Sapienza
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
(914) 683-1200
dchafizadeh@harrisbeachmurtha.com

**NORRIS MCLAUGHLIN, P.A.**
Nicholas A. Duston, Esq.
Attorneys for Plaintiff
7 Times Square, 21st Floor
New York, New York 10036
(908) 722-0700
naduston@norris-law.com