```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MATTHEW TAYLOR and REY MORELL,              DECLARATION IN
individually and on behalf of all others    SUPPORT OF MOTION
similarly situated,                         TO DISMISS
                Plaintiffs,

v.                                          Index No:
                                            25-cv-05861(KMK)
THE CITY OF YONKERS; TRANSIT AUTO TOWING,   Hon. Kenneth M. Karas
INC.; MICHAEL SPANO; ANTHONY LANDI;
STEVEN LEVY; CHRISTOPHER SAPIENZA; and
JOHN DOES 1-5,
                Defendants.
------------------------------------------X
```

James Rocco Monteleon, an attorney duly admitted to practice before the United Stated District Court for the Southern District of New York, hereby affirms, pursuant to 28 U.S.C. § 1746, the following is true and accurate under penalties of perjury:

1. I am a principle with the Law Office of James Monteleon, PLLC, attorney for the Defendant Transit Auto Towing, Inc ("Transit").

2. I submit this Declaration in support of Transit's Motion to Dismiss pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6) Plaintiff Rey Morell's claims in Counts I-IV of the complaint.

3. Attached hereto as Exhibit A is Plaintiffs' Complaint, (ECF Docket No. 1).

WHEREFORE, Defendant TRANSIT AUTO TOWING, INC. respectfully requests that this Court grant the instant Motion and dismiss the following claims asserted by Plaintiff Rey Morell against

Transit: Count I: Violation of Civil Rights Pursuant to 42 U.S.C. § 1983 (Unreasonable Seizure); Count II: Violation of Civil Rights Pursuant to 42 U.S.C. § 1983 (Lack of Due Process);Count III: Violation of Civil Rights Pursuant to 42 U.S.C. § 1983 (Taking Without Just Compensation); Count IV: Conversion, together with such other and further relief as the Court deems just and equitable.

Affirmed: White Plains, New York
November 24, 2025

*James Rocco Monteleon*

_____
JAMES ROCCO MONTELEON, ESQ.
Attorney for Defendant Transit Auto Towing
445 Hamilton Avenue, Ste. 605
White Plains, NY 10601
Phone: 914-600-1777
Email: james@jrm.legal

**To:**

**HARRIS BEACH MURTHA CULLINA PLLC**
Darius P. Chafizadeh, Esq
Attorneys for Defendants City of Yonkers,
Michael Spano, Anthony Landi, Steven Levy
and Christopher Sapienza
445 Hamilton Avenue, Suite 1206
White Plains, New York 10601
(914) 683-1200
dchafizadeh@harrisbeachmurtha.com

**NORRIS MCLAUGHLIN, P.A.**
Nicholas A. Duston, Esq.
Attorneys for Plaintiff
7 Times Square, 21st Floor
New York, New York 10036
(908) 722-0700
naduston@norris-law.com