

7 Times Square
21st Floor
New York, NY
T: 908-722-0700
Email: naduston@norris-law.com

May 20, 2026

**VIA NYSCEF:**
Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:    *Matthew Taylor, et al. v. The City of Yonkers, et al.*
       **Dkt. No.: 7:25-cv-05861(KMK)**

Dear Judge Karas:

The parties jointly submit this letter pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and the Court's Case Management Plan and Scheduling Order (the "Order") to respectfully request that the Court reopen and extend certain discovery deadlines. Discovery is proceeding apace, and the parties have been actively engaged in written discovery, document production, and ongoing meet-and-confer efforts. In the course of those efforts, it has become apparent that a limited extension of certain deadlines is necessary.

Plaintiffs' depositions were conducted on April 10, 2026 and the parties have shared availability to complete remaining depositions in an orderly fashion. The parties agree that good cause exists for the requested extension and all remaining depositions are in the process of being rescheduled within the deadline set forth herein.

Furthermore, the parties agree that retention of experts regarding the value of the vehicle is unnecessary and will stipulate that the vehicle was valued at $19,150 as of the date it was towed. As such, we will not need expert-related deadlines, which will streamline proceedings.

Counsel for Defendant City of Yonkers has indicated an intention to file a motion for summary judgment prior to class discovery and class certification. In light of this anticipated motion, the parties have not included deadlines for class discovery in the proposed schedule, although such discovery remains outstanding. The parties further agree that they would be amenable to participating in a settlement conference with the Court following the close of fact discovery on Plaintiff's individual claims, and prior to the filing of dispositive motions. In the event the case does not settle, the parties request that an order be entered regarding the briefing schedule for individual summary judgment motions, a class certification motion, and class discovery.

Hon. Kenneth M. Karas
Page 2
May 20, 2026

The requested extension is limited in scope and is intended to ensure the orderly and efficient completion of discovery without prejudice to any party. The need for this modest adjustment reflects the parties' ongoing discovery efforts, as well as scheduling constraints, including periods during which counsel are engaged in trial. The parties respectfully propose the following revised schedule:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Depositions Completed | February 13, 2026 | July 16, 2026 |
| Fact Discovery Cutoff | February 13, 2026 | July 16, 2026 |
| Settlement Conference/Next Case Management Conference | - | August 17, 2026 (or as set by Court) |
| Pre-Motion Letter (for Dispositive Motions) | April 13, 2026 | September 16, 2026 |
|  |  |  |

Accordingly, the parties respectfully request that the Court grant this extension to facilitate the completion of discovery without prejudice to any party. The parties thank the Court for its consideration.

Respectfully submitted,

Nicholas A. Duston
*Counsel for Plaintiffs*

**Rachel K. Marcoccia**
Rachel K. Marcoccia
*Counsel for Defendant City of Yonkers*

/s/ James Monteleon
James Monteleon
*Counsel for Defendant Transit Auto Towing Inc.*

The revised discovery schedule is approved, but there will be no further such extensions.

So Ordered.

5/21/26