

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

July 9, 2026

100 WALL STREET
NEW YORK, NEW YORK 10005
212.687.0100

**RACHEL K. MARCOCCIA**
SENIOR COUNSEL
DIRECT:  212.313.5467
RMARCOCCIA@HARRISBEACHMURTHA.COM

VIA ECF

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:    *Taylor, et al. v. The City of Yonkers, et al.,* Civil Case No. 7:25-cv-05861 (KMK)

Dear Judge Karas:

Defendants City of Yonkers, Michael Spano, Anthony Landi, Steven Levy, and Christopher Sapienza respectfully submit this response to Plaintiffs' July 2, 2026 pre-motion letter concerning class discovery and class certification proceedings.

Defendants respectfully submit that there is no present dispute requiring the Court's intervention. As reflected in the parties' joint submission dated May 20, 2026, Defendants advised both Plaintiffs and the Court that they intend to move for summary judgment on Plaintiffs' individual claims. In light of that anticipated motion, the parties expressly agreed not to include deadlines for class discovery or class certification in the proposed case schedule. Indeed, the parties acknowledged that class-related issues could be addressed later, if necessary. That joint proposal was so-ordered by this Court.

Plaintiffs' present request is therefore difficult to reconcile with the parties' agreement. Indeed, Plaintiffs already agreed to a scheduling proposal that omitted class-discovery and class-certification deadlines in anticipation of Defendants' summary judgment motion directed to the Plaintiffs' individual claims.

Defendants further submit that the agreed-upon sequencing promotes efficiency and conserves both party and judicial resources. There is little reason to require the parties to engage in potentially extensive and costly class discovery before the Court determines whether the Plaintiffs' individual claims survive summary judgment. Should those claims fail, class discovery and class certification proceedings may prove unnecessary altogether.

The Court has now scheduled a telephonic conference for July 14, 2026. Defendants respectfully submit that, to the extent the Court wishes to convene the parties, the most productive use of that conference would be consistent with the parties' May 20, 2026 joint submission, in which the parties jointly advised that they would be amenable to participating in a settlement conference. Defendants remain willing to discuss whether settlement efforts may be productive. However, Defendants anticipate submitting a pre-motion letter regarding summary judgment promptly following completion of the remaining individual discovery, including the depositions of the City of Yonkers and Transit Auto Towing pursuant to Rule 30(b)(6). Because dispositive

Hon. Kenneth M. Karas
July 9, 2026
Page 2


motion practice is therefore expected to commence shortly, Defendants respectfully submit that establishing class-discovery or class-certification deadlines at this time would be premature. Any issues concerning class discovery or class certification can be addressed, if necessary, after resolution of Defendants' anticipated summary judgment motion. *See, e.g., K.A. v. City of New York*, No. 1:18-CV-03858 (ALC), 2023 WL 6393479, at *1 n.1 (S.D.N.Y. Sept. 30, 2023) ("[t]he parties engaged in limited fact discovery regarding the individual claims of K.A. and D.S., and have stayed class and Monell discovery").

Defendants therefore respectfully submit that the Court need not establish class-related deadlines at this time and that any issues concerning class discovery or class certification can be addressed, if necessary, after resolution of Defendants' anticipated summary judgment motion.

We look forward to appearing before Your Honor on July 14th.


Respectfully Submitted,

*Rachel K Marcoccia*

Rachel K. Marcoccia


c: All Counsel of Record